NUMBER 13-02-031-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


RONALD W. JOHNSON , Appellant,
v.


THOMAS PRASIFKA, ET AL. , Appellees.

________________________________________________________________


On appeal from the 36th District Court

of Bee County, Texas.

________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, RONALD W. JOHNSON , perfected an appeal from a judgment entered by the 36th District Court of Bee
County, Texas, in cause number B-01-1149-CV-A . After the notice of appeal was filed, appellant filed a motion to
dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of February, 2002 .